IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE IGNACIO SILVA,<br>(Reg. #60220-179),<br><br>   Plaintiff,<br><br>VS.<br><br>SIX UNKNOWN NAMED AGENTS<br>or MR. PRESIDENT of the UNITED<br>STATES BARACK OBAMA,<br><br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. H-12-1077<br>§<br>§<br>§<br>§<br>§<br>§ |

## MEMORANDUM AND OPINION

The plaintiff, a federal prisoner, filed this action for civil rights violations. On April 26, 2012, the plaintiff filed his Motion for Voluntary Dismissal, (Docket Entry No. 3), in which he states that he does not wish to pursue this litigation.

The plaintiff's motion for voluntary dismissal, (Docket Entry No. 3), is granted. This action is dismissed without prejudice. FED. R. CIV. P. 41(a)(2).

SIGNED on April 27, 2012, at Houston, Texas.

                             Lee H. Rosenthal
                           United States District Judge